Haul, Judge,
 

 delivered the opinion of the Court:
 

 It is submitted to this Court to decide, whether, upon the facts found by the Jury in this case, the Plaintiff be entitled to recover ? It is not contended that this case falls within the purview and meaning of any act of. Asr sembly passed in this State, for the purpose of suppressing unlawful gaming; and there can he no doubt, but that the Common Law (which is the Law of this State) interposes no obstacle to a recovery.
 
 Marshall,
 
 on Insurance, 96, says, “ Innocent wagers have long had the sanction of the Common Law; — (11
 
 Rep.
 
 876 — 1
 
 Lev.
 
 33 — 5
 
 Bur.
 
 2802) — they are only deemed illegal when they are prohibited by statute ; when they tend to create an improper influence on the mind in the exercise of a public duty ; when they are
 
 “ contra bonos mores,”
 
 or in any other manner tend to the prejudice of (he public, or the injury of third persons” — (6
 
 Term
 
 499 — 1
 
 Term
 
 56— 2
 
 Term 610
 
 — Cotvper 729.) And to the cases referred to by
 
 Marshall,
 
 may be added the case of
 
 Good
 
 v.
 
 Elliott,
 
 (3
 
 Term
 
 693.) These authorities are conclusive. Let judgment be entered for the Plaintiff.